1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOUR IN ONE COMPANY, INC., on behalf of itself and all others similarly situated, | No. 2:08-cv-03017-MCE-EFB<br>Related to:<br>No. 2:08-cv-03074-MCE-EFB |
| Plaintiff, | No. 2:09-cv-00027-MCE-EFB |
| v. | **RELATED CASE ORDER** |
| SK FOODS, L.P., INGOMAR PACKING COMPANY, LOS GATOS TOMATO PRODUCTS, RANDALL RAHAL, INTRAMARK USA, INCORPORATED, | |
| Defendants. | |
| LEONA'S PIZZERIA, INC., on behalf of itself and all others similarly situated, | No. 2:09-cv-00148-FCD-KJM |
| Plaintiff, | |
| v. | |
| SK FOODS, L.P., INGOMAR PACKING COMPANY, LOS GATOS TOMATO PRODUCTS, THE MORNING STAR COMPANY, MORNING STAR PACKING COMPANY, INTRAMARK USA, INC. and RANDALL LEE RAHAL, | |
| Defendants. | |

///

1  Examination of the above-entitled civil actions reveals that
2 these actions are related within the meaning of Local Rule 83-
3 123(a) (E.D. Cal. 1997).  The actions involve many of the same
4 defendants and are based on the same or similar claims, the same
5 property transaction or event, similar questions of fact and the
6 same questions of law, and would therefore entail a substantial
7 duplication of labor if heard by different judges.  Accordingly,
8 the assignment of the matters to the same judge is likely to
9 effect a substantial savings of judicial effort and is also
10 likely to be convenient for the parties.
11  The parties should be aware that relating the cases under
12 Local Rule 83-123 merely has the result that both actions are
13 assigned to the same judge; no consolidation of the action is
14 effected.  Under the regular practice of this court, related
15 cases are generally assigned to the district judge and magistrate
16 judge to whom the first filed action was assigned.
17  IT IS THEREFORE ORDERED that the actions denominated <u>Leona's
18 Pizzeria, Inc., on behalf of itself and all others similarly
19 situated v. SK Foods, L.P., Ingomar Packing Company, Los Gatos
20 Tomato Products, The Morning Star Company, Morning Star Packing
21 Company, Intramark USA, Inc. and Randall Lee Rahal</u> is reassigned
22 to Judge Morrison C. England, Jr. and Edmund F. Brennan for all
23 further proceedings, and any dates currently set in this
24 reassigned case only are hereby VACATED.  The Clerk of the Court
25 is to issue an Order Requiring Joint Status Report in the
26 reassigned case.  Henceforth, the caption on documents filed in
27 the reassigned case shall be shown as 2:09-cv-00148-MCE-EFB.
28 ///

2

1    IT IS FURTHER ORDERED that the Clerk of the Court make
2 appropriate adjustment in the assignment of civil cases to
3 compensate for this reassignment.
4    IT IS SO ORDERED.

Dated: January 26, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE