UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOUR IN ONE COMPANY, INC., on behalf of itself and all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>SK FOODS, L.P., INGOMAR PACKING COMPANY, LOS GATOS TOMATO PRODUCTS, RANDALL RAHAL, INTRAMARK USA, INCORPORATED,<br><br>        Defendants.<br>_____/ | No. 2:08-cv-03017-MCE-EFB<br><br>Related to:<br>No. 2:08-cv-03074-MCE-EFB<br>No. 2:09-cv-00027-MCE-EFB<br>No. 2:09-cv-00148-MCE-EFB<br><br>**RELATED CASE ORDER** |
| THE MORNING STAR PACKING COMPANY, a California limited partnership; LIBERTY PACKING COMPANY LLC, a California limited liability company; CALIFORNIA FRUIT & TOMATO KITCHENS, LLC, a California limited liability company; and THE MORNING STAR COMPANY, a California corporation,<br><br>        Plaintiffs,<br><br>    v.<br><br>SK FOODS L.P., a California limited partnership; SCOTT SALYER, RANDALL RAHAL, and INTRAMARK USA, INC., a New Jersey corporation<br><br>        Defendants.<br>_____/ | No. 2:09-cv-00208-FCD-GGH |

1

1     The Court has received the Notices of Related Cases filed on
2 January 22, 2009 and February 10, 2009.
3     Examination of the above-captioned civil actions reveals
4 that these actions are related within the meaning of Local Rule
5 83-123(a) (E.D. Cal. 1997).  The actions involve many of the same
6 defendants and are based on the same or similar claims, the same
7 property transaction or event, similar questions of fact and the
8 same questions of law, and would therefore entail a substantial
9 duplication of labor if heard by different judges.  Accordingly,
10 the assignment of the matters to the same judge is likely to
11 effect a substantial savings of judicial effort and is also
12 likely to be convenient for the parties.
13     The parties should be aware that relating the cases under
14 Local Rule 83-123 merely has the result that both actions are
15 assigned to the same judge; no consolidation of the action is
16 effected.  Under the regular practice of this court, related
17 cases are generally assigned to the district judge and magistrate
18 judge to whom the first filed action was assigned.
19     IT IS THEREFORE ORDERED that the actions denominated <u>The
20 Morningstar Packing Company, et al. v. SK Foods, L.P., et al.</u> is
21 reassigned to Judge Morrison C. England, Jr. and Edmund F.
22 Brennan for all further proceedings, and any dates currently set
23 in this reassigned case only are hereby VACATED.  The Clerk of
24 the Court is to issue an Order Requiring Joint Status Report in
25 the reassigned case.  Henceforth, the caption on documents filed
26 in the reassigned case shall be shown as 2:09-cv-00208-MCE-EFB.
27 ///
28 ///

1 |     IT IS FURTHER ORDERED that the Clerk of the Court make
2 | appropriate adjustment in the assignment of civil cases to
3 | compensate for this reassignment.
4 |     IT IS SO ORDERED.

Dated: February 17, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3