UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    v.<br><br>RANDALL LEE RAHAL,<br><br>               Defendant.<br>_____/ | CR. NO. S-08-566 LKK |
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    v.<br><br>ROBERT WATSON,<br><br>               Defendant.<br>_____/ | CR. NO. S-09-035 LKK |
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    v.<br><br>JAMES RICHARD WAHL, JR.,<br><br>               Defendant.<br>_____/ | CR. NO. S-09-040 LKK |

////

```
UNITED STATES OF AMERICA,

             Plaintiff,

        v.                           CR. NO. S-09-062 LKK

JENNIFER LOU DAHLMAN,

             Defendant.              NON-RELATED CASE ORDER
_____/
```

The court is in receipt of the notice of related cases filed on February 18, 2009, in which a defendant in <u>Four In One Company, Inc. v. SK Foods, et al.</u>, Case No. 2:08-cv-3017-MCE-EFB, states that the above-captioned cases are related to Case No. 08-cv-03017-MCE-EFB, Case No. 08-cv-03074-MCE-EFB, Case No. 09-cv-000027-MCE-EFB, Case No. 09-cv-00148-MCE-EFB, Case No. 09-cv-00208-FCD-GGH, and Case No. 09-cv-00240. After review of the cases, the court concludes that they do not meet the definition of "related cases" as given by Local Rule 83-123(a) and therefore DECLINES to relate them.

IT IS SO ORDERED.

DATED: February 23, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT