Joseph R. Saveri (State Bar No. 130064)
jsaveri@lchb.com
Eric B. Fastiff (State Bar No. 182260)
efastiff@lchb.com
Brendan P. Glackin (State Bar No. 199643)
bglackin@lchb.com
Andrew S. Kingsdale (State Bar No. 255669)
akingsdale@lchb.com
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

Kenneth C. Mennemeier (State Bar No. 113973)
kcm@mgslaw.com
MENNEMEIER, GLASSMAN & STROUD LLP
980 9th Street, Suite 1700
Sacramento, CA 95814
Telephone:  (916) 553-4000
Facsimile:  (916) 553-4011

Counsel for Plaintiff Diversified Foods and Seasonings, Inc.,
Individually and on behalf of all others similarly situated

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA
(SACRAMENTO DIVISION)

| | |
|---|---|
| DIVERSIFIED FOODS AND SEASONINGS, INC., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SK FOODS L.P., INTRAMARK USA, INC., and RANDALL LEE RAHAL,<br><br>Defendants. | Case No. 2:08-cv-03074-MCE-EFB<br><br>**ORDER GRANTING PLAINTIFF DIVERSIFIED FOODS AND SEASONINGS, INC.'S *EX PARTE* APPLICATION FOR ORDER SHORTENING TIME**<br><br>Judge:      The Hon. Morrison C. England, Jr. |

801745.1 - 1 - ORDER GRANTING PLAINTIFF DIVERSIFIED FOODS'S *EX PARTE*  APPLICATION FOR ORDER SHORTENING TIME
CASE NO. 2:08-CV-03074-MCE-EFB

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | FOUR IN ONE COMPANY, INC., on behalf of itself and all others similarly situated, | Case No. 2:08-cv-03017-MCE-EFB |
| 2 | | |
| 3 | Plaintiff, | |
| 4 | v. | |
| 5 | SK FOODS L.P., INGOMAR PACKING COMPANY, LOS GATOS TOMATO PRODUCTS, RANDALL RAHAL, INTRAMARK USA, INCORPORATED, | |
| 6 | | |
| 7 | Defendants. | |
| 8 | | |
| 9 | BRUCE FOODS CORPORATION, on behalf of itself and all others similarly situated, | Case No. 2:09-cv-00027-MCE-EFB |
| 10 | | |
| 11 | Plaintiff, v. | |
| 12 | SK FOODS LP; INGOMAR PACKING COMPANY, LLC, LOS GATOS TOMATO PRODUCTS, INTRAMARK USA, INC. and RANDALL LEE RAHALL, | |
| 13 | | |
| 14 | | |
| 15 | Defendants. | |

Having considered the Ex Parte Application for Order Shortening Time submitted by Plaintiffs Diversified Foods and Seasonings, Inc., and having reviewed all pleadings, files, declarations and papers supplied by counsel, and good cause appearing therefor,

1.  The Court finds that Diversified Foods and Seasonings, Inc. has provided satisfactory explanation for the need to issue an Order Shortening Time for the hearing on Diversified Foods and Seasonings, Inc.'s Motion for Appointment of Interim Counsel and Liaison Counsel.

2.  Diversified Foods' Motion for Appointment of Liaison and Co-Lead Interim Counsel shall be scheduled for hearing on March 5, 2009, at 2:00 p.m., in Courtroom 7, before the Honorable Morrison C. England, Jr.

PDF created with pdfFactory trial version www.pdffactory.com

1        3.    Any party who wishes to oppose Diversified Foods' Motion for
2  Appointment of Interim Counsel and Liaison Counsel may electronically file and serve their
3  opposition papers no later than February 26, 2009.

5      **IT IS SO ORDERED**.

7  DATED: February 25, 2009

8  _____
    MORRISON C. ENGLAND, JR
9      UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com