UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FOUR IN ONE COMPANY, INC., et al.,

       Plaintiffs,

  v.

SK FOODS, L.P., et al.,

       Defendants.

This Document Relates to All Consolidated Cases

2:09-cv-00027-MCE-EFB
2:08-cv-03074-MCE-EFB
2:09-cv-00442-MCE-EFB

No. 2:08-cv-03017-MCE-EFB

----oo0oo----

Pursuant to the request filed electronically by Class Plaintiffs on May 4, 2009, the Court now clarifies its Order, signed March 11, 2009, and electronically filed March 12, 2009, incorporates Plaintiffs' most recently filed request, and orders as follows.

1     Counsel in the above cases are directed to submit a Joint
2  Status Report not later than one-hundred twenty (120) days after
3  the Court's original March 11, 2009, Order, or sixty (60) days
4  after a consolidated amended complaint is filed, should counsel
5  choose to file such a consolidated amended complaint within the
6  one-hundred twenty (120) day period following the date of the
7  Court's original March 11, 2009, Order.
8     IT IS SO ORDERED.
9  Dated: May 8, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE