# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| FOUR IN ONE COMPANY, INC., et al., | 2:08-cv-03017-MCE-EFB |
| Plaintiffs, | **ORDER GRANTING ADDITIONAL TIME TO FILE CONSOLIDATED AMENDED COMPLAINT** |
| v. | |
| SK FOODS, L.P., et al, | |
| Defendants. | |
| This Document Relates to All Consolidated Cases | |
| 2:09-cv-00027-MCE-EFB<br>2:08-cv-03074-MCE-EFB<br>2:09-cv-00442-MCE-EFB | |

Pursuant to the request filed electronically by Class Plaintiffs on August 28, 2009, the Court orders as follows:

Interim Class Counsel are directed to file a consolidated amended complaint no later than November 9, 2009. Counsel for all parties in the above cases are directed to submit a Joint Status

1  Report not later than 60 days following the filing of the consolidated amended complaint.

2      IT IS SO ORDERED.

3  DATED: September 4, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE