IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOUR IN ONE COMPANY, INC., DIVERSIFIED FOODS & SEASONINGS, INC., BRUCE FOODS CORPORATION, and CLIFFSTAR CORPORATION, on behalf of themselves and all other similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SK FOODS, L.P., INGOMAR PACKING COMPANY, LOS GATOS TOMATO PRODUCTS, SCOTT SALYER, STUART WOOLF and GREG PRUETT, <br><br> Defendants. | Case No.  CASE NO. 08-CV-03017 <br><br> Hon. Morrison C. England |

**STIPULATION AND ORDER REGARDING ACCEPTANCE OF SERVICE OF PROCESS AND EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT**

Plaintiffs in this consolidated class action filed a Consolidated Class Action Complaint on November 9, 2009.  The Consolidated Complaint named three individuals as newly-added individual defendants.  The three newly-added individual defendants ("Individual Defendants") are:  Scott Salyer, President/CEO of Defendant SK Foods LLC; Stuart Woolf, Managing Partner of Defendant Los Gatos Tomato Products; and Greg Pruett, President of Defendant Ingomar Packing Company.

Plaintiffs in these consolidated actions, by and through Interim Class Counsel, Defendants Ingomar Packing Company ("Ingomar"), Los Gatos Tomato Products ("Los Gatos"),

and Individual Defendants, by and through their defense counsel identified below, hereby agree to the following:

1) Individual Defendants, by and through their respective counsel, each acknowledge receipt of a copy of the Consolidated Class Action Complaint and hereby agree to accept service thereof.  Individual Defendants shall not contest the sufficiency of process or service of process.  Notwithstanding such agreement, Plaintiffs and the Individual Defendants further stipulate and agree that the entry into this stipulation by the Individual Defendants shall not constitute a waiver of any jurisdictional defenses that may be available under Rule 12 of the Federal Rules of Civil Procedure, a waiver of any affirmative defenses under Rule 8 of the Federal Rules of Civil Procedure, or a waiver of any other statutory or common law defenses that may be available to the Individual Defendants in this consolidated class action.  Individual Defendants expressly reserve their rights to raise any such defenses in response to either the current Consolidated Class Action Complaint or any amended complaint that may be filed relating to this action.

2) Inasmuch as the parties have agreed that an orderly schedule for any response to the pleadings would be more efficient for the parties and for the Court, Ingomar, Los Gatos, and the Individual Defendants shall, as permitted by Federal Rule 12, answer, move or otherwise plead in response to the Consolidated Class Action Complaint in the above captioned action no later than January 4, 2010.

IT IS SO ORDERED.

DATED:  12/8/2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Stipulated to and approved by:

Dated:  December 4, 2009 Respectfully submitted,

/s/ Michael P. Lehmann
MICHAEL P. LEHMANN (SBN 77152)
CHRISTOPHER L. LEBSOCK (SBN 184546)
JON T. KING (SBN 205073)
ARTHUR N. BAILEY (SBN 248460)
**HAUSFELD LLP**
44 Montgomery Street, Suite 3400
San Francisco, CA  94104
Telephone: (415) 633-1909
Facsimile: (415) 358-4980
mlehmann@hausfeldllp.com
clebsock@hausfeldllp.com
jking@hausfeldllp.com
abailey@hausfeldllp.com

MICHAEL D. HAUSFELD
MEGAN E. JONES
HILARY RATWAY SCHERRER
**HAUSFELD LLP**
1700 K. Street, N.W., Suite 650
Washington, D.C.  20006
Telephone:  (202) 540-7200
Facsimile:   (202) 540-7201
mhausfeld@hausfeldllp.com
mjones@hausfeldllp.com
hscherrer@hausfeldllp.com

/s/ Stephen R. Neuwirth
STEPHEN R. NEUWIRTH
LEE TURNER-DODGE
**QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP**
51 Madison Avenue, 22nd Floor
New York, New York  10010
Telephone:   (212) 849-7000
Facsimile:    (212) 849-7100
stephenneuwirth@quinnemanuel.com
leeturnerdodge@quinnemanuel.com

A. WILLIAM URQUHART (SBN 140996)
J.D. HORTON (SBN 192836)
**QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP**
865 S. Figueroa St., 10th Floor
Los Angeles, California  90017
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100
billurquhart@quinnemanuel.com
jdhorton@quinnemanuel.com

ROBERT P. FELDMAN (SBN 69602)
**QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP**
555 Twin Dolphin Dr. Suite 560
Redwood Shores, California  94065
Telephone:   (650) 801-5000
Facsimile:    (650) 801-5100
robertfeldman@quinnemanuel.com

*Co-Lead Interim Class Counsel*

/s/ Roger M. Schrimp
ROGER M. SCHRIMP (SBN 39379)
CLINTON P. WALKER (SBN 151560)
**DAMRELL, NELSON, SCHRIMP, PALLIOS, PACHER & SILVA**
1601 I Street, Fifth Floor
Modesto, CA  95354
Telephone:  (209) 526-3500
Facsimile:   (209) 526-3534
rschrimp@damrell.com

cwalker@damrell.com

*Liaison Counsel for Plaintiffs and the Proposed Class*


BINGHAM McCUTCHEN

By:   *s/* Stephen A. Zovickian
Bingham McCutchen
Stephen A. Zovickian, SBN 78697
Rianne Rocca, SBN 221640
Three Embarcadero Center
San Francisco, CA 94111-4067
Tel: (415) 393-2000
Fax: (415) 393-2286
stephen.zovickian@bingham.com

*Attorneys for Defendant*
*Ingomar Packing Company*


GIBSON DUNN & CRUTCHER

By:   *s/* George A. Nicoud III
Gibson Dunn & Crutcher LLP
George A. Nicoud, SBN 106111
555 Mission Street
Suite 3000
San Francisco, CA 94105-2933
Tel: (415) 393-8200
Fax: (415) 393-8306
tnicoud@gibsondunn.com

*Attorneys for Defendants*
*Stuart Woolf and Los Gatos Tomato Products*


SEGAL & KIRBY

By:   *s/* Malcolm S. Segal
Segal & Kirby
Malcolm S. Segal, SBN 75481
770 L Street
Suite 1440
Sacramento, CA  95814
Tel: (916) 441-0828
Fax: (916) 446-6003
msegal@segalandkirby.com

*Attorneys for Defendant*
*Scott Salyer*


RAMSEY & EHRLICH LLP

By:   s/ Miles F. Ehrlich
Ramsey & Ehrlich LLP
Miles F. Ehrlich, SBN 237954
803 Hearst Avenue
Berkeley, CA 94710
Tel:  (510) 548-3600
Fax:  (510) 291-3060
miles@ramsey-ehrlich.com

*Attorneys for Defendant*
*Gregory Pruett*