1  BINGHAM MCCUTCHEN LLP
   Stephen Zovickian (SBN 78697)
2  stephen.zovickian@bingham.com
   Frank M. Hinman (SBN 157402)
3  frank.hinman@bingham.com
   David C. Beach (SBN 226972)
4  duff.beach@bingham.com
   Three Embarcadero Center
5  San Francisco, CA  94111-4067, U.S.A.
   Telephone:  415.393.2000
6  Facsimile:  415.393.2286

7  Attorneys for Defendant
   INGOMAR PACKING COMPANY

8

9                    UNITED STATES DISTRICT COURT

10      EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

11

12  FOUR-IN-ONE COMPANY, INC., et al.,        No. 2:08-cv-03017

13                    Plaintiffs,              **STIPULATION AND ORDER**
                                               **SETTING JOINT STATUS REPORT**
              v.                               **FOR FEBRUARY 8, 2010**
14
    SK FOODS, L.P., et al.,
15
                      Defendants.
16

17         Plaintiffs Four-In-One Company, Inc, et al, by and through Interim Class Counsel, and

18  Defendants Ingomar Packing Company ("Ingomar"), Los Gatos Tomato Products ("Los Gatos"),

19  Greg Pruett, Stuart Woolf, and Scott Salyer, by and through their counsel of record, submit the

20  following Stipulation and [Proposed] Order to set the date to submit the Joint Status Report

21  currently calendared for January 8, 2010, for February 8, 2010.

22

23         Plaintiffs in this consolidated class action filed a Consolidated Class Action Complaint on

24  November 9, 2009.  The Consolidated Complaint named three individuals, Scott Salyer,

25  President/CEO of Defendant SK Foods LLC; Stuart Woolf, Managing Partner of Defendant Los

26  Gatos Tomato Products; and Greg Pruett, President of Defendant Ingomar Packing Company, as

27  newly-added individual defendants ("Individual Defendants").

28

On December 4, 2009, the Individual Defendants accepted service of the Consolidated Class Action Complaint pursuant to stipulation.

On December 4, 2009, the parties further stipulated that Defendants Ingomar, Los Gatos, and the Individual Defendants shall have until January 4, 2010 to answer, move, or otherwise plead in response to the Consolidated Class Action Complaint pursuant to Federal Rule 12.

On December 31, 2009, the parties further stipulated to allow Defendant Stuart Woolf until January 11, 2009 to answer, move, or otherwise plead in response to the Consolidated Class Action Complaint pursuant to Federal Rule 12.

To accommodate the addition of the Individual Defendants, Plaintiffs, by and through Interim Lead Counsel, and Defendants Ingomar, Los Gatos, and the Individual Defendants, by and through their counsel of record stipulate that the Parties shall have until February 8, 2010 to file the Joint Status Report.

Stipulated to and approved by:

Dated:  January 4, 2010                              Respectfully submitted,

 /s/ Michael P. Lehmann
MICHAEL P. LEHMANN (SBN 77152)
CHRISTOPHER L. LEBSOCK (SBN 184546)
JON T. KING (SBN 205073)
ARTHUR N. BAILEY (SBN 248460)
**HAUSFELD LLP**
44 Montgomery Street, Suite 3400
San Francisco, CA  94104
Telephone:  (415) 633-1909
Facsimile:  (415) 358-4980
mlehmann@hausfeldllp.com
clebsock@hausfeldllp.com
jking@hausfeldllp.com
abailey@hausfeldllp.com

A/73254693.1                                     2

1    /s/ Stephen R. Neuwirth
     STEPHEN R. NEUWIRTH
2    LEE TURNER-DODGE
     **QUINN EMANUEL URQUHART**
3      **OLIVER & HEDGES, LLP**
     51 Madison Avenue, 22nd Floor
4    New York, NY  10010
     Telephone:  (212) 849-7000
5    Facsimile:  (212) 849-7100
     stephenneuwirth@quinnemanuel.com
6    leeturnerdodge@quinnemanuel.com

7

     MICHAEL D. HAUSFELD
8    MEGAN E. JONES
     HILARY RATWAY SCHERRER
9    **HAUSFELD LLP**
     1700 K Street, N.W., Suite 650
10   Washington, DC  20006
     Telephone:  (202) 540-7200
11   Facsimile:  (202) 540-7200
     mhausfeld@hausfeldllp.com
12   mjones@hausfeldllp.com
     hscherrer@hausfeldllp.com
13

     A. WILLIAM URQUHART (SBN 140996)
14   J. D. HORTON (SBN 192836)
     **QUINN EMANUEL URQUHART**
15     **OLIVER & HEDGES, LLP**
     865 S. Figueroa Street, 10th Floor
16   Los Angeles, CA  90017
     Telephone:  (213) 443-3000
17   Facsimile:  (213) 443-3100
     billurquhart@quinnemanuel.com
18   jdhorton@quinnemanuel.com

19   ROBERT P. FELDMAN (SBN 69602)
     **QUINN EMANUEL URQUHART**
20     **OLIVER & HEDGES, LLP**
     555 Twin Dolphin Drive, Suite 560
21   Redwood Shores, CA  94065
     Telephone:  (650) 801-5000
22   Facsimile:  (650) 801-5100
     robertfeldman@quinnemanuel.com
23

24

25

26

27

28   A/73254693.1                    3

1          *Co-Lead Interim Class Counsel*

2      /s/ Roger M. Schrimp
       ROGER M. SCHRIMP (SBN 393379)
3      CLINTON PL WALKER (SBN 151560)
       **DAMRELL, NELSON, SCHRIMP, PALLIOS, PACHER & SILVA**
4      1601 I Street, Fifth Floor
       Modesto, CA  95354
5      Telephone:  (209) 526-3500
       Facsimile:  (209) 526-3534
6      rschrimp@damrell.com
       cwalker@damrell.com
7
                  *Liaison Counsel for Plaintiffs and the Proposed Class*
8

9      BINGHAM McCUTCHEN

10     By:  /s/Stephen A. Zovickian
       Bingham McCutchen
11     Stephen A. Zovickian (SBN 79697)
       Rianne Rocca (SBN 223640)
12     David C. Beach (SBN 226972)
       Three Embarcadero Center
13     San Francisco, CA  94111-4067
       Telephone:  (415) 393-2000
14     Facsimile:  (415) 393-2286
       stephen.zovickian@bingham.com
15
       *Attorneys for Defendant*
16     *Ingomar Packing Company*

17     GIBSON DUNN & CRUTCHER LLP

18     By:  /s/George a. Nicoud III
       Gibson Dunn & Crutcher LLP
19     George A. Nicould III, (SBN 106111)
       555 Mission Street, Suite 3000
20     San Francisco, CA  94105-2933
       Telephone:  (415) 393-8200
21     Facsimile:  (415) 393-8306
       gnicoud@gibsondunn.com
22

23

24

25

26

27

28     A/73254693.1                                4

1    *Attorneys for Defendants*
     *Los Gatos Tomato Products*
2
     COLLETTE & ERICKSON LLP
3
     By: /s/William S. Farmer Jr.
4    Collette & Erickson LLP
     555 California Street, Suite 4350
5    San Francisco, CA  94104-1791
     Telephone:  (415) 788-4646
6    Facsimile:  (415) 788-6929
     wfarmer@collette.com
7
     *Attorneys for Defendants*
8    *Stuart Woolf*

9    SEGAL & KIRBY

10   By:  /s/Malcolm S. Segal
     Segal & Kirby
11   Malcolm S. Segal (SBN 75481)
     770 L Street, Suite 1440
12   Sacramento, CA  95814
     Telephone:  (916) 441-0828
13   Facsimile:  (916) 446-6003
     msegal@segalandkirby.com
14
     *Attorneys for Defendant*
15   *Scott Salyer*

16
     RAMSEY & EHRLICH LLP
17
     By:  /s/Miles F. Ehrlich
18   Ramsey & Ehrlich LLP
     Miles F. Ehrlich (SBN 237954)
19   803 Hearst Avenue
     Berkeley, CA  94710
20   Telephone:  (510) 548-3600
     Facsimile:  (510)291-3060
21   miles@ramsey-ehrlich.com

22   *Attorneys for Defendant*
     *Gregory Pruett*
23
     IT IS SO ORDERED.
24
     DATED:  January 6, 2010
25

26                                    _____
                                      MORRISON C. ENGLAND, JR
27                                    UNITED STATES DISTRICT JUDGE

28   A/73254693.1                          5