IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOUR IN ONE COMPANY, INC., DIVERSIFIED FOODS & SEASONINGS, INC., BRUCE FOODS CORPORATION, and CLIFFSTAR CORPORATION,<br>on behalf of themselves and all other similarly situated, | No. 2:08-cv-03017-MCE-EFB<br><br>Hon. Morrison C. England, Jr |
| Plaintiffs, | |
| v. | |
| SK FOODS, L.P., INGOMAR PACKING COMPANY, LOS GATOS TOMATO PRODUCTS, SCOTT SALYER, STUART WOOLF and GREG PRUETT, | |
| Defendants. | |

**STIPULATION AND ORDER REGARDING EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT**

Plaintiffs in this consolidated class action filed a Consolidated Class Action Complaint on November 9, 2009. The Consolidated Complaint named three individuals as newly-added individual defendants. The three newly-added individual defendants ("Individual Defendants") are: Scott Salyer, President/CEO of Defendant SK Foods LLC; Stuart Woolf, Managing Partner of Defendant Los Gatos Tomato Products; and Greg Pruett, President of Defendant Ingomar Packing Company.

On December 9, 2009, the Court granted the parties' stipulation and order extending the time to respond to Plaintiffs' consolidated class action complaint to January 4, 2010. After entry of that order, Defendant Stuart Woolf engaged separate counsel to represent him in this matter.

1

Plaintiffs in these consolidated actions, by and through Interim Class Counsel, Defendants Ingomar Packing Company ("Ingomar"), Los Gatos Tomato Products ("Los Gatos"), and Individual Defendants, by and through their defense counsel identified below, hereby agree to the following:

Defendant Stuart Woolf shall, as permitted by Federal Rule 12, shall answer, move or otherwise plead in response to the Consolidated Class Action Complaint in the above captioned action no later than January 11, 2010.

Dated: January 6, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stipulated to and approved by:

Dated: December 31, 2009    Respectfully submitted,

/s/ Michael P. Lehmann
MICHAEL P. LEHMANN (SBN 77152)
CHRISTOPHER L. LEBSOCK (SBN 184546)
JON T. KING (SBN 205073)
ARTHUR N. BAILEY (SBN 248460)
**HAUSFELD LLP**
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 633-1909
Facsimile: (415) 358-4980
mlehmann@hausfeldllp.com
clebsock@hausfeldllp.com
jking@hausfeldllp.com
abailey@hausfeldllp.com

MICHAEL D. HAUSFELD
MEGAN E. JONES
HILARY RATWAY SCHERRER
**HAUSFELD LLP**
1700 K. Street, N.W., Suite 650
Washington, D.C. 20006
Telephone: (202) 540-7200
Facsimile: (202) 540-7201
mhausfeld@hausfeldllp.com
mjones@hausfeldllp.com
hscherrer@hausfeldllp.com

/s/ Stephen R. Neuwirth
STEPHEN R. NEUWIRTH
LEE TURNER-DODGE
**QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP**
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
stephenneuwirth@quinnemanuel.com
leeturnerdodge@quinnemanuel.com

A. WILLIAM URQUHART (SBN 140996)
J.D. HORTON (SBN 192836)
**QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP**
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
billurquhart@quinnemanuel.com
jdhorton@quinnemanuel.com

ROBERT P. FELDMAN (SBN 69602)
**QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP**
555 Twin Dolphin Dr. Suite 560
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
robertfeldman@quinnemanuel.com

*Co-Lead Interim Class Counsel*

/s/ Roger M. Schrimp
ROGER M. SCHRIMP (SBN 39379)
CLINTON P. WALKER (SBN 151560)
**DAMRELL, NELSON, SCHRIMP, PALLIOS, PACHER & SILVA**
1601 I Street, Fifth Floor
Modesto, CA 95354
Telephone: (209) 526-3500
Facsimile: (209) 526-3534
rschrimp@damrell.com
cwalker@damrell.com

*Liaison Counsel for Plaintiffs and the Proposed Class*

| | |
|---|---|
| BINGHAM McCUTCHEN | GIBSON DUNN & CRUTCHER |
| By: *s/* Stephen A. Zovickian<br>Bingham McCutchen<br>Stephen A. Zovickian, SBN 78697<br>Rianne Rocca, SBN 221640<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>Tel: (415) 393-2000<br>Fax: (415) 393-2286<br>stephen.zovickian@bingham.com<br><br>*Attorneys for Defendant*<br>*Ingomar Packing Company* | By: *s/* George A. Nicoud III<br>Gibson Dunn & Crutcher LLP<br>George A. Nicoud, SBN 106111<br>555 Mission Street<br>Suite 3000<br>San Francisco, CA 94105-2933<br>Tel: (415) 393-8200<br>Fax: (415) 393-8306<br>tnicoud@gibsondunn.com<br><br>*Attorneys for Defendant*<br>*Los Gatos Tomato Products* |
| SEGAL & KIRBY | RAMSEY & EHRLICH LLP |
| By: *s/* Malcolm S. Segal<br>Segal & Kirby<br>Malcolm S. Segal, SBN 75481<br>770 L Street<br>Suite 1440<br>Sacramento, CA 95814<br>Tel: (916) 441-0828<br>Fax: (916) 446-6003<br>msegal@segalandkirby.com<br><br>*Attorneys for Defendant*<br>*Scott Salyer* | By: s/ Miles F. Ehrlich<br>Ramsey & Ehrlich LLP<br>Miles F. Ehrlich, SBN 237954<br>803 Hearst Avenue<br>Berkeley, CA 94710<br>Tel: (510) 548-3600<br>Fax: (510) 291-3060<br>miles@ramsey-ehrlich.com<br><br>*Attorneys for Defendant*<br>*Gregory Pruett* |
| COLLETTE ERICKSON FARMER & O'NEILL LLP | |
| By: *s/* William S. Farmer<br>Collette Erickson Farmer & O'Neill LLP<br>William S. Farmer, SBN 46694<br>235 Pine Street, Suite 1300<br>San Francisco, CA 94104<br>Tel: (415) 788-4646<br>Fax: (415) 788-6929<br>wfarmer@collette.com<br>*Attorneys for Defendant*<br>*Stuart Woolf* | |