1  BINGHAM MCCUTCHEN LLP
   Stephen Zovickian (SBN 78697)
2  stephen.zovickian@bingham.com
   Frank M. Hinman (SBN 157402)
3  frank.hinman@bingham.com
   David C. Beach (SBN 226972)
4  duff.beach@bingham.com
   Three Embarcadero Center
5  San Francisco, CA  94111-4067, U.S.A.
   Telephone:  415.393.2000
6  Facsimile:  415.393.2286

7  Attorneys for Defendant
   INGOMAR PACKING COMPANY
8

9              UNITED STATES DISTRICT COURT

10       EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

11

12 FOUR-IN-ONE COMPANY, INC., et al.,        No. 08-CV-03017

13         Plaintiffs,                       **STIPULATION AND ORDER
           v.                                SETTING JOINT STATUS REPORT
14                                           FOR FEBRUARY 8, 2010**
   SK FOODS, L.P., et al.,
15
           Defendants.
16

17         Plaintiffs Four-In-One Company, Inc, et al, by and through Interim Class Counsel, and

18 Defendants Ingomar Packing Company ("Ingomar"), Los Gatos Tomato Products ("Los Gatos"),

19 Greg Pruett, Stuart Woolf, and Scott Salyer, by and through their counsel of record, submit the

20 following Stipulation and [Proposed] Order to set the date to submit the Joint Status Report

21 currently calendared for January 8, 2010, for February 8, 2010.

22

23         Plaintiffs in this consolidated class action filed a Consolidated Class Action Complaint on

24 November 9, 2009.  The Consolidated Complaint named three individuals, Scott Salyer,

25 President/CEO of Defendant SK Foods LLC; Stuart Woolf, Managing Partner of Defendant Los

26 Gatos Tomato Products; and Greg Pruett, President of Defendant Ingomar Packing Company, as

27 newly-added individual defendants ("Individual Defendants").

28 A/73254693.1

STIPULATION AND [PROPOSED] ORDER SETTING JOINT STATUS REPORT FOR
FEBRUARY 8, 2010 08-CV-03017

1  On December 4, 2009, the Individual Defendants accepted service of the Consolidated Class Action Complaint pursuant to stipulation.

On December 4, 2009, the parties further stipulated that Defendants Ingomar, Los Gatos, and the Individual Defendants shall have until January 4, 2010 to answer, move, or otherwise plead in response to the Consolidated Class Action Complaint pursuant to Federal Rule 12.

On December 31, 2009, the parties further stipulated to allow Defendant Stuart Woolf until January 11, 2009 to answer, move, or otherwise plead in response to the Consolidated Class Action Complaint pursuant to Federal Rule 12.

To accommodate the addition of the Individual Defendants, Plaintiffs, by and through Interim Lead Counsel, and Defendants Ingomar, Los Gatos, and the Individual Defendants, by and through their counsel of record stipulate that the Parties shall have until February 8, 2010 to file the Joint Status Report.

Stipulated to and approved by:

Dated:  January 4, 2010                          Respectfully submitted,

 /s/ Michael P. Lehmann
MICHAEL P. LEHMANN (SBN 77152)
CHRISTOPHER L. LEBSOCK (SBN 184546)
JON T. KING (SBN 205073)
ARTHUR N. BAILEY (SBN 248460)
**HAUSFELD LLP**
44 Montgomery Street, Suite 3400
San Francisco, CA  94104
Telephone:  (415) 633-1909
Facsimile:  (415) 358-4980
mlehmann@hausfeldllp.com
clebsock@hausfeldllp.com
jking@hausfeldllp.com
abailey@hausfeldllp.com

 /s/ Stephen R. Neuwirth
STEPHEN R. NEUWIRTH
LEE TURNER-DODGE
**QUINN EMANUEL URQUHART
  OLIVER & HEDGES, LLP**
51 Madison Avenue, 22nd Floor
New York, NY  10010
Telephone:  (212) 849-7000

A/73254693.1

2

STIPULATION AND [PROPOSED] ORDER SETTING JOINT STATUS REPORT FOR FEBRUARY 8, 2010 08-CV-03017

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1 | Facsimile:  (212) 849-7100 |
| | stephenneuwirth@quinnemanuel.com |
| 2 | leeturnerdodge@quinnemanuel.com |
| 3 | |
| | MICHAEL D. HAUSFELD |
| 4 | MEGAN E. JONES |
| | HILARY RATWAY SCHERRER |
| 5 | **HAUSFELD LLP** |
| | 1700 K Street, N.W., Suite 650 |
| 6 | Washington, DC  20006 |
| | Telephone:  (202) 540-7200 |
| 7 | Facsimile:  (202) 540-7200 |
| | mhausfeld@hausfeldllp.com |
| 8 | mjones@hausfeldllp.com |
| | hscherrer@hausfeldllp.com |
| 9 | |
| | A. WILLIAM URQUHART (SBN 140996) |
| 10 | J. D. HORTON (SBN 192836) |
| | **QUINN EMANUEL URQUHART** |
| 11 | **   OLIVER & HEDGES, LLP** |
| | 865 S. Figueroa Street, 10th Floor |
| 12 | Los Angeles, CA  90017 |
| | Telephone:  (213) 443-3000 |
| 13 | Facsimile:  (213) 443-3100 |
| | billurquhart@quinnemanuel.com |
| 14 | jdhorton@quinnemanuel.com |
| 15 | ROBERT P. FELDMAN (SBN 69602) |
| | **QUINN EMANUEL URQUHART** |
| 16 | **   OLIVER & HEDGES, LLP** |
| | 555 Twin Dolphin Drive, Suite 560 |
| 17 | Redwood Shores, CA  94065 |
| | Telephone:  (650) 801-5000 |
| 18 | Facsimile:  (650) 801-5100 |
| | robertfeldman@quinnemanuel.com |
| 19 | |
| | *Co-Lead Interim Class Counsel* |
| 20 | |
| 21 | /s/ Roger M. Schrimp |
| | ROGER M. SCHRIMP (SBN 393379) |
| 22 | CLINTON PL WALKER (SBN 151560) |
| | **DAMRELL, NELSON, SCHRIMP, PALLIOS, PACHER & SILVA** |
| 23 | 1601 I Street, Fifth Floor |
| | Modesto, CA  95354 |
| 24 | Telephone:  (209) 526-3500 |
| | Facsimile:  (209) 526-3534 |
| 25 | rschrimp@damrell.com |
| | cwalker@damrell.com |
| 26 | |
| | *Liaison Counsel for Plaintiffs and the Proposed Class* |
| 27 | |
| 28 | A/73254693.1 |

3

STIPULATION AND [PROPOSED] ORDER SETTING JOINT STATUS REPORT FOR
FEBRUARY 8, 2010 08-CV-03017

PDF created with pdfFactory trial version www.pdffactory.com

1    BINGHAM McCUTCHEN

2    By: /s/Stephen A. Zovickian
       Bingham McCutchen
3    Stephen A. Zovickian (SBN 79697)
       Rianne Rocca (SBN 223640)
4    David C. Beach (SBN 226972)
       Three Embarcadero Center
5    San Francisco, CA  94111-4067
       Telephone:  (415) 393-2000
6    Facsimile:  (415) 393-2286
       stephen.zovickian@bingham.com
7

*Attorneys for Defendant*
8    *Ingomar Packing Company*

9    GIBSON DUNN & CRUTCHER LLP

10    By: /s/George a. Nicoud III
       Gibson Dunn & Crutcher LLP
11    George A. Nicould III, (SBN 106111)
       555 Mission Street, Suite 3000
12    San Francisco, CA  94105-2933
       Telephone:  (415) 393-8200
13    Facsimile:  (415) 393-8306
       gnicoud@gibsondunn.com
14

*Attorneys for Defendants*
15    *Los Gatos Tomato Products*

16    COLLETTE & ERICKSON LLP

17    By: /s/William S. Farmer Jr.
       Collette & Erickson LLP
18    555 California Street, Suite 4350
       San Francisco, CA  94104-1791
19    Telephone:  (415) 788-4646
       Facsimile:  (415) 788-6929
20    wfarmer@collette.com

21    *Attorneys for Defendants*
       *Stuart Woolf*
22
       SEGAL & KIRBY
23
       By: /s/Malcolm S. Segal
24    Segal & Kirby
       Malcolm S. Segal (SBN 75481)
25    770 L Street, Suite 1440
       Sacramento, CA  95814
26    Telephone:  (916) 441-0828
       Facsimile:  (916) 446-6003
27    msegal@segalandkirby.com

28    *Attorneys for Defendant Scott Salyer*
       A/73234695.1

PDF created with pdfFactory trial version www.pdffactory.com

1  RAMSEY & EHRLICH LLP

2  By: /s/Miles F. Ehrlich
   Ramsey & Ehrlich LLP
3  Miles F. Ehrlich (SBN 237954)
   803 Hearst Avenue
4  Berkeley, CA 94710
   Telephone: (510) 548-3600
5  Facsimile: (510)291-3060
   miles@ramsey-ehrlich.com
6
   *Attorneys for Defendant*
7  *Gregory Pruett*

8                               **ORDER**

9       IT IS SO ORDERED.

10  DATED: January 11, 2010

11

12                          _____
                            MORRISON C. ENGLAND, JR
                            UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  A/73254693.1                    5

STIPULATION AND [PROPOSED] ORDER SETTING JOINT STATUS REPORT FOR
FEBRUARY 8, 2010 08-CV-03017

PDF created with pdfFactory trial version www.pdffactory.com