# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| FOUR IN ONE COMPANY, INC., et al., | 2:08-cv-03017-MCE-EFB |
| Plaintiffs, | **ORDER GRANTING ADDITIONAL TIME TO FILE JOINT STATUS REPORT** |
| v. | |
| SK FOODS, L.P., et al, | |
| Defendants. | |
| This Document Relates to All Consolidated Cases | |
| 2:09-cv-00027-MCE-EFB<br>2:08-cv-03074-MCE-EFB<br>2:09-cv-00442-MCE-EFB | |

Pursuant to the request filed electronically by Class Plaintiffs on April 29, 2010, the Court orders as follows:

///

///

*Damrell Nelson*
*Schrimp Pallios*
*Pacher & Silva*

For good cause shown, counsel in the above cases are directed to submit a Joint Status Report not later than May 28, 2010.

IT IS SO ORDERED.

Dated: May 4, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

- 2 -