# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| FOUR-IN-ONE COMPANY, INC., et al.,<br><br>    Plaintiffs,<br>v.<br><br>SK FOODS, L.P., et al.,<br><br>    Defendants.<br><br>This Document Relates to All Consolidated Cases<br>2:09-cv-00027-MCE-EFB<br>2:08-cv-03074-MCE-EFB<br>2:09-cv-00442-MCE-EFB | No. 08-CV-03017-MCE-EFB<br><br>**STIPULATION AND ORDER SETTING JOINT STATUS REPORT FOR JUNE 15, 2010** |

Plaintiffs Four-In-One Company, Inc, et al, by and through Interim Class Counsel, and Defendants Ingomar Packing Company ("Ingomar"), Los Gatos Tomato Products ("Los Gatos"), Greg Pruett, Stuart Woolf, and Scott Salyer, by and through their counsel of record, submit the following Stipulation and Order to set the date to submit the Joint Status Report currently calendared for May 28, 2010, for June 15, 2010.

///

///

STIPULATION AND ORDER SETTING JOINT STATUS REPORT FOR JUNE 15, 2010 08-CV-03017

PDF created with pdfFactory trial version www.pdffactory.com

1  To accommodate the government's request for additional time to consider whether to
2  request a further stay of deposition discovery, the Parties shall have until June 15, 2010 to file
3  the Joint Status Report.
4  IT IS SO ORDERED.
5
6  DATED: May 28, 2010
7  _____
8  MORRISON C. ENGLAND, JR
   UNITED STATES DISTRICT JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

STIPULATION AND [PROPOSED] ORDER SETTING JOINT STATUS REPORT FOR
JUNE 15, 2010 08-CV-03017

PDF created with pdfFactory trial version www.pdffactory.com

1  Stipulated to and approved by:

2  Dated:  May 27, 2010

3   /s/ Michael P. Lehmann
   MICHAEL P. LEHMANN (SBN 77152)
4  CHRISTOPHER L. LEBSOCK (SBN 184546)
   JON T. KING (SBN 205073)
5  ARTHUR N. BAILEY (SBN 248460)
   **HAUSFELD LLP**
6  44 Montgomery Street, Suite 3400
   San Francisco, CA  94104
7  Telephone:  (415) 633-1909
   Facsimile:  (415) 358-4980
8  mlehmann@hausfeldllp.com
   clebsock@hausfeldllp.com
9  jking@hausfeldllp.com
   abailey@hausfeldllp.com
10
    /s/ Stephen R. Neuwirth
11 STEPHEN R. NEUWIRTH
   LEE TURNER-DODGE
12 **QUINN EMANUEL URQUHART**
     **OLIVER & HEDGES, LLP**
13 51 Madison Avenue, 22nd Floor
   New York, NY  10010
14 Telephone:  (212) 849-7000
   Facsimile:  (212) 849-7100
15 stephenneuwirth@quinnemanuel.com
   leeturnerdodge@quinnemanuel.com
16
   MICHAEL D. HAUSFELD
17 MEGAN E. JONES
   HILARY RATWAY SCHERRER
18 **HAUSFELD LLP**
   1700 K Street, N.W., Suite 650
19 Washington, DC  20006
   Telephone:  (202) 540-7200
20 Facsimile:  (202) 540-7200
   mhausfeld@hausfeldllp.com
21 mjones@hausfeldllp.com
   hscherrer@hausfeldllp.com
22
   A. WILLIAM URQUHART (SBN 140996)
23 J. D. HORTON (SBN 192836)
   **QUINN EMANUEL URQUHART**
24   **OLIVER & HEDGES, LLP**
   865 S. Figueroa Street, 10th Floor
25 Los Angeles, CA  90017
   Telephone:  (213) 443-3000
26 Facsimile:  (213) 443-3100
   billurquhart@quinnemanuel.com
27 jdhorton@quinnemanuel.com

28 ROBERT P. FELDMAN (SBN 69602)

3

STIPULATION AND [PROPOSED] ORDER SETTING JOINT STATUS REPORT FOR
JUNE 15, 2010 08-CV-03017

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1 | **QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP** |
| 2 | 555 Twin Dolphin Drive, Suite 560<br>Redwood Shores, CA  94065 |
| 3 | Telephone:  (650) 801-5000<br>Facsimile:  (650) 801-5100 |
| 4 | robertfeldman@quinnemanuel.com |
| 5 | *Co-Lead Interim Class Counsel* |
| 6 | |
| 7 | /s/ Roger M. Schrimp<br>ROGER M. SCHRIMP (SBN 393379)<br>CLINTON PL WALKER (SBN 151560) |
| 8 | **DAMRELL, NELSON, SCHRIMP, PALLIOS, PACHER & SILVA** |
| 9 | 1601 I Street, Fifth Floor<br>Modesto, CA  95354 |
| 10 | Telephone:  (209) 526-3500<br>Facsimile:  (209) 526-3534 |
|  | rschrimp@damrell.com |
| 11 | cwalker@damrell.com |
| 12 | *Liaison Counsel for Plaintiffs and the Proposed Class* |
| 13 | |
| 14 | BINGHAM McCUTCHEN |
| 15 | By:  /s/Stephen A. Zovickian<br>Bingham McCutchen<br>Stephen A. Zovickian (SBN 79697) |
| 16 | Rianne Rocca (SBN 223640)<br>David C. Beach (SBN 226972) |
| 17 | Three Embarcadero Center<br>San Francisco, CA  94111-4067 |
| 18 | Telephone:  (415) 393-2000<br>Facsimile:  (415) 393-2286 |
| 19 | stephen.zovickian@bingham.com |
| 20 | *Attorneys for Defendant Ingomar Packing Company* |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | 4 |

STIPULATION AND [PROPOSED] ORDER SETTING JOINT STATUS REPORT FOR
JUNE 15, 2010 08-CV-03017

PDF created with pdfFactory trial version www.pdffactory.com

```
1   GIBSON DUNN & CRUTCHER LLP

2   By: /s/George a. Nicoud III
    Gibson Dunn & Crutcher LLP
3   George A. Nicould III, (SBN 106111)
    555 Mission Street, Suite 3000
4   San Francisco, CA  94105-2933
    Telephone:  (415) 393-8200
5   Facsimile:  (415) 393-8306
    gnicoud@gibsondunn.com
6
    Attorneys for Defendants
7   Los Gatos Tomato Products

8
    COLLETTE & ERICKSON LLP
9
    By: /s/William S. Farmer Jr.
10  Collette & Erickson LLP
    555 California Street, Suite 4350
11  San Francisco, CA  94104-1791
    Telephone:  (415) 788-4646
12  Facsimile:  (415) 788-6929
    wfarmer@collette.com
13
    Attorneys for Defendants
14  Stuart Woolf

15  SEGAL & KIRBY

16  By: /s/Malcolm S. Segal
    Segal & Kirby
17  Malcolm S. Segal (SBN 75481)
    770 L Street, Suite 1440
18  Sacramento, CA  95814
    Telephone:  (916) 441-0828
19  Facsimile:  (916) 446-6003
    msegal@segalandkirby.com
20
    Attorneys for Defendant
21  Scott Salyer

22  RAMSEY & EHRLICH LLP

23  By: /s/Miles F. Ehrlich
    Ramsey & Ehrlich LLP
24  Miles F. Ehrlich (SBN 237954)
    803 Hearst Avenue
25  Berkeley, CA  94710
    Telephone:  (510) 548-3600
26  Facsimile:  (510)291-3060
    miles@ramsey-ehrlich.com
27
    Attorneys for Defendant
28  Gregory Pruett
```

5

STIPULATION AND [PROPOSED] ORDER SETTING JOINT STATUS REPORT FOR
JUNE 15, 2010 08-CV-03017

PDF created with pdfFactory trial version www.pdffactory.com