1  ROGER M. SCHRIMP (SBN 39379)
   CLINTON P. WALKER (SBN 151560)
2  **DAMRELL, NELSON, SCHRIMP,**
   **  PALLIOS, PACHER & SILVA**
3  1601 I Street, Fifth Floor
   Modesto, CA 95354
4  Telephone: (209) 526-3500
   Facsimile: (209) 526-3534
5  rschrimp@damrell.com
   cwalker@damrell.com
6
7  *[Additional counsel listed on signature page]*
8
9              **UNITED STATES DISTRICT COURT**
10       **EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**
11
12
13 | FOUR IN ONE COMPANY, INC., on behalf of itself and all others similarly situated, | CASE NO. 2:08-cv-03017-MCE-EFB |
|---|---|
| Plaintiff, vs. | **STIPULATION AND ORDER EXTENDING TIME TO FILE JOINT STATUS REPORT** |
| SK FOODS, L.P., INGOMAR PACKING COMPANY, LOS GATOS TOMATO PRODUCTS, RANDALL RAHAL, INTRAMARK USA, INCORPORATED | Judge: The Hon. Morrison C. England, Jr. Courtroom: Dept. 7, 14th Floor |
| Defendants. | Trial Date: None Set |
| This Document Relates to All Consolidated Cases 2:09-CV-00027-MCE-EFB 2:08-CV-03074-MCE-EFB 2:09-CV-00442-MCE-EFB | |

    Plaintiffs, by and through Interim Class Counsel, and Defendants Ingomar Packing Company ("Ingomar"), Los Gatos Tomato Products ("Los Gatos"), Greg Pruett, Stuart Woolf, and Scott Salyer, by and through their respective counsel of record, submit the following Stipulation O to set the date to submit the Joint Status Report currently calendared for June 15, 2010 to July 16, 2010.

Case No. 2:08-cv-03017-MCE-EFB
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE JOINT STATUS REPORT

PDF created with pdfFactory trial version www.pdffactory.com

To accommodate the government's request for additional time to consider whether to request a further stay of deposition discovery, the Parties shall have until July 16, 2010 to file the Joint Status Report.

DATED: June 11, 2010         Respectfully submitted,

DAMRELL, NELSON, SCHRIMP, PALLIOS, PACHER & SILVA


By:  */s/ Roger M. Schrimp*
Roger M. Schrimp
Liaison Counsel for the Class

DATED: June 11, 2010         QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


By:  */s/ Stephen R. Neuwirth*
Stephen R. Neuwirth
Interim Co-Lead Counsel for the Class

DATED: June 11, 2010         HAUSFELD LLP


By:  */s/ Michael P. Lehmann*
Michael P. Lehmann
Interim Co-Lead Counsel for the Class

DATED: June 11, 2010         GIBSON DUNN & CRUTCHER, LLP


By:  */s/ George A. Nicoud III*
George A. Nicoud III
Attorneys for Defendant
Los Gatos Tomato Products

DATED: June 11, 2010
BINGHAM MCCUTCHEN, LLP


By:  */s/ Stephen Zovickian*

Case No. 2:08-cv-03017-MCE-EFB
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE JOINT STATUS REPORT

PDF created with pdfFactory trial version www.pdffactory.com

|   |   |   |
|---|---|---|
| 1 |  | Stephen Zovickian |
| 2 |  | Attorneys for Defendant |
|   |  | Ingomar Packing Company |

DATED: June 11, 2010                                    COLLETTE & ERICKSON LLP

By:   */s/ William S. Farmer*
William S. Farmer
Attorneys for Defendant
Stuart Woolf

DATED: June 11, 2010                                    RAMSEY & EHRLICH LLP

By:   */s/ Miles F. Ehrlich*
Miles F. Ehrlich
Attorneys for Defendant
Gregory Pruett

DATED: June 11, 2010                                    SEGAL & KIRBY

By:   */s/ Malcolm S. Segal*
Malcolm S. Segal
Attorneys for Defendant
Scott Salyer

IT IS SO ORDERED:

DATED: June 16, 2010

/s/ John A. Mendez (for)
MORRISON C. ENGLAND, JR.
U. S. DISTRICT COURT JUDGE