1  ROGER M. SCHRIMP (SBN 39379)
   CLINTON P. WALKER (SBN 151560)
2  **DAMRELL, NELSON, SCHRIMP,**
      **PALLIOS, PACHER & SILVA**
3  1601 I Street, Fifth Floor
   Modesto, CA 95354
4  Telephone: (209) 526-3500
   Facsimile: (209) 526-3534
5  rschrimp@damrell.com
   cwalker@damrell.com
6
7  *[Additional counsel listed on signature page]*

8

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOUR IN ONE COMPANY, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>SK FOODS, L.P., INGOMAR PACKING COMPANY, LOS GATOS TOMATO PRODUCTS, RANDALL RAHAL, INTRAMARK USA, INCORPORATED<br><br>Defendants.<br><br>This Document Relates to All Consolidated Cases<br>2:09-CV-00027-MCE-EFB<br>2:08-CV-03074-MCE-EFB<br>2:09-CV-00442-MCE-EFB | CASE NO. 2:08-cv-03017-MCE-EFB<br><br>**STIPULATION AND ORDER EXTENDING TIME TO FILE JOINT STATUS REPORT**<br><br>Judge: The Hon. Morrison C. England, Jr.<br>Courtroom: Dept. 7, 14th Floor<br><br>Trial Date: None Set |

Plaintiffs, by and through Interim Class Counsel, and Defendants Ingomar Packing Company ("Ingomar"), Los Gatos Tomato Products ("Los Gatos"), Greg Pruett, Stuart Woolf, and Scott Salyer, by and through their respective counsel of record, submit the following Stipulation O to set the date to submit the Joint Status Report currently calendared for June 15, 2010 to July 16, 2010.

Case No. 2:08-cv-03017-MCE-EFB
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE JOINT STATUS REPORT

PDF created with pdfFactory trial version www.pdffactory.com

1   To accommodate the government's request for additional time to consider whether to
2   request a further stay of deposition discovery, the Parties shall have until July 16, 2010 to file the
3   Joint Status Report.

4   DATED: June 11, 2010                         Respectfully submitted,

5                                               DAMRELL, NELSON, SCHRIMP,
                                                PALLIOS, PACHER & SILVA
6

7
                                                By:   */s/ Roger M. Schrimp*
8                                               Roger M. Schrimp
                                                Liaison Counsel for the Class
9

10  DATED: June 11, 2010                        QUINN EMANUEL URQUHART OLIVER &
                                                HEDGES, LLP
11
                                                By:   */s/ Stephen R. Neuwirth*
12                                              Stephen R. Neuwirth
                                                Interim Co-Lead Counsel for the Class
13

14  DATED: June 11, 2010                        HAUSFELD LLP

15                                              By:   */s/ Michael P. Lehmann*
                                                Michael P. Lehmann
16                                              Interim Co-Lead Counsel for the Class

17
    DATED: June 11, 2010                        GIBSON DUNN & CRUTCHER, LLP
18

19
                                                By:   */s/ George A. Nicoud III*
20                                              George A. Nicoud III
                                                Attorneys for Defendant
21                                              Los Gatos Tomato Products

22
    DATED: June 11, 2010                        BINGHAM MCCUTCHEN, LLP
23

24                                              By:   */s/ Stephen Zovickian*
                                                Stephen Zovickian
25                                              Attorneys for Defendant
                                                Ingomar Packing Company
26

27

28

Case No. 2:08-cv-03017-MCE-EFB
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE JOINT STATUS REPORT

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | DATED: June 11, 2010 | COLLETTE & ERICKSON LLP |
| 2 | | |
| 3 | | By: */s/ William S. Farmer*<br>William S. Farmer |
| 4 | | Attorneys for Defendant<br>Stuart Woolf |
| 5 | DATED: June 11, 2010 | RAMSEY & EHRLICH LLP |
| 6 | | By: */s/ Miles F. Ehrlich*<br>Miles F. Ehrlich |
| 7 | | Attorneys for Defendant<br>Gregory Pruett |
| 8 | DATED: June 11, 2010 | SEGAL & KIRBY |
| 9 | | By: */s/ Malcolm S. Segal* |
| 10 | | Malcolm S. Segal<br>Attorneys for Defendant |
| 11 | | Scott Salyer |

IT IS SO ORDERED.

Dated: June 22, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Case No. 2:08-cv-03017-MCE-EFB
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE JOINT STATUS REPORT

PDF created with pdfFactory trial version www.pdffactory.com