1  BENJAMIN B. WAGNER
   United States Attorney
2  R. STEVEN LAPHAM
   MATTHEW D. SEGAL
3  Assistant U.S. Attorneys
   501 I Street, Suite 10-100
4  Sacramento, California   95814
   Telephone: (916) 554-2700
5
   ANNA TRYON PLETCHER
6  TAI S. MILDER
   RICHARD B. COHEN
7  Trial Attorneys
   U.S. Department of Justice
8  Antitrust Division
   450 Golden Gate Avenue, Room 10-0101
9  San Francisco, California 94102
   Telephone: (415) 436-6660
10

11

12
                   IN THE UNITED STATES DISTRICT COURT
13
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
14

15
   FOUR IN ONE COMPANY, INC.,      )    CASE NO. 2:08-CV-03017-MCE-EFB
16                                  )
                                    )
17           Plaintiff,             )    NOTICE OF WITHDRAWAL OF REQUEST
                                    )    FOR HEARING RE: UNITED STATES
18                                  )    MOTION TO EXTEND LIMITED STAY
        v.                          )    OF DISCOVERY
19                                  )
   SK FOODS, L.P., *et al.*,        )
20                                  )    Date:  June 22, 2011
             Defendants.           )    Time:  10:00 a.m.
21                                  )    Judge: Edmund F. Brennan
   This Document Relates to All     )
22 Consolidated Cases              )
                                    )
23 2:09-cv-00027-MCE-EFB            )
   2:08-cv-03074-MCE-EFB            )
24 2:09-cv-00442-MCE-EFB            )
   _____)
25
        **NOTICE OF WITHDRAWAL OF REQUEST FOR HEARING RE: UNITED STATES MOTION
26                TO EXTEND LIMITED STAY OF DISCOVERY**

27 TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

28       PLEASE TAKE NOTICE THAT the request for a hearing on June 22,

                                   1

1   2011 at 10:00 a.m. in the above-captioned case has been withdrawn.

2   The parties have met and conferred and are working towards a

3   resolution of this matter.

4                                     BENJAMIN B. WAGNER
                                      United States Attorney

5

6   Date: June 21, 2011              ___/s/ Anna Pletcher___
                               By:   ANNA TRYON PLETCHER

7                                    TAI S. MILDER
                                     RICHARD B. COHEN

8                                    Trial Attorneys
                                     U.S. Department of Justice

9                                    Antitrust Division

10                                   R. STEVEN LAPHAM
                                     MATTHEW SEGAL

11                                   Assistant U.S. Attorneys

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28