BENJAMIN B. WAGNER
United States Attorney
R. STEVEN LAPHAM
MATTHEW SEGAL
Assistant U.S. Attorneys
501 "I" Street, Suite 10-100
Sacramento, California 95814
(916) 554-2700

ANNA TRYON PLETCHER
TAI S. MILDER
RICHARD B. COHEN
Trial Attorneys
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue, Room 10-0101
San Francisco, CA 94102
(415) 436-6660
(415) 436-6687 (fax)

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOUR IN ONE COMPANY, INC., | Case No. 2:08-CV-03017-MCE-EFB |
| Plaintiff, | |
| v. | ORDER TO EXTEND LIMITED STAY OF DISCOVERY |
| SK FOODS, L.P., *et al.*, | |
| Defendants. | |
| This Document Relates to All Consolidated Cases | |
| 2:09-cv-00027-MCE-EFB | |
| 2:08-cv-03074-MCE-EFB | |
| 2:09-cv-00442-MCE-EFB | |

**ORDER TO EXTEND LIMITED STAY OF DISCOVERY**

WHEREAS on November 12, 2010, this Court entered an Order granting a limited stay of discovery for six (6) months, which expired on May 12, 2011 ("November 12, 2010 Stay Order");

1      WHEREAS the criminal trial in <u>United States v. Frederick
2 Scott Salyer</u>, Case No. 2:10-CR-0061 LKK, is set to begin on
3 April 17, 2012;
4      WHEREAS, on May 6, 2011, the United States filed a Motion
5 to Extend Limited Stay of Discovery seeking extension of the
6 November 12, 2010 Stay Order until the conclusion of the above-
7 referenced criminal trial;
8      Whereas, on June 8, 2011, Plaintiffs filed a Statement of
9 Non-Opposition to the United States' Motion to Extend Limited
10 Stay of Discovery;
11      Whereas the Parties have met and conferred and agreed to
12 request an extension of the November 12, 2010 Stay Order;
13      IT IS HEREBY ORDERED as follows:
14 1.   The November 12, 2010 Stay Order shall be extended during
15 the six (6) month period following entry of an Order by the
16 Court extending the stay ("Stay Period"), unless further
17 extended by the Court.
18 2.   Discovery will be permitted consistent with the terms of
19 the previous order granting a stay, with the clarification that
20 "document discovery," as used in paragraph 6(a) of the previous
21 order, shall be read to include not only requests under Fed. R.
22 Civ. P. 34 for "documents," but also all for all other
23 materials identified in Fed. R. Civ. P. 34(a)(1)(A) and
24 34(a)(1)(B).
25 3.   Parties shall meet and confer regarding the taking of
26 depositions that are not stayed under the previous stay order.

2

4.   If the United States seeks a further stay of discovery beyond the expiration of the Stay Period, it shall file a motion for such a further stay in accordance with the Eastern District of California Local Rules.

IT IS SO ORDERED.

Dated:  June 24, 2011.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

3