IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOUR IN ONE COMPANY, INC., et al., Plaintiffs, | No. CIV S-08-3017 KJM EFB |
| v. | |
| S.K. FOODS, L.P., et al., Defendants. _____/ | ORDER |

The parties appeared on May 30, 2013 for a Pretrial Scheduling Conference. Arthur Bailey and Michael Lehmann appeared for plaintiffs; Malcolm Segal appeared for defendant Salyer; Stephen Zocivkian appeared for defendant Ingomar Packing Company (Ingomar); Joel Sanders appeared for defendants Los Gatos Tomato Products (Los Gatos) and Stuart Woolf; and Miles Erlich appeared for defendant Greg Pruett.

The parties informed the court that plaintiffs and defendants Ingomar, Los Gatos, Pruett and Woolf have reached an agreement in principle to settle. Plaintiffs will file a motion for preliminary approval of class certification and settlement within sixty days of the date of this order and will file a stipulation to stay proceedings as to these defendants as soon as the settlement agreements are executed. In addition, the bankruptcy court has approved plaintiffs' settlement with defendant S.K. Foods, but as no plan of reorganization has been approved, there have no disbursements to the class as yet.

In light of the pending restitution hearing in *United States v. Salyer*, Cr. No. S-10-61 LKK, the court approves the deferral of discovery at this time.  After final approval of disposition as to the settling defendants, the court will schedule a further status conference to consider the status of defendant Salyer.

IT IS SO ORDERED.

DATED: June 20, 2013.

_____
UNITED STATES DISTRICT JUDGE