1  ROGER M. SCHRIMP (SBN 39379)
   **DAMRELL, NELSON, SCHRIMP,**
2  **  PALLIOS, PACHER & SILVE**
   1601 I Street, Fifth Floor
3  Modesto, CA  95354
   Telephone:  (209) 526-3500
4  Facsimile:    (209) 526-3534
   rschrimp@damrell.com
5
   *Liaison Counsel for Plaintiffs*
6  *and the Proposed Class*

7  [Additional Counsel on signature page]

8

9  **UNITED STATES DISTRICT COURT**

10 **EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

11

12 | | |
   |---|---|
   | FOUR IN ONE COMPANY, INC., DIVERSIFIED FOODS & SEASONINGS, INC., BRUCE FOODS CORPORATION, and CLIFFSTAR CORPORATION, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SK FOODS, L.P., INGOMAR PACKING COMPANY, LOS GATOS TOMATO PRODUCTS, SCOTT SALYER, STUART WOOLF and GREG PRUETT,<br><br>Defendants. | CASE NO. 08-CV-3017 KJM EFB<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR:**<br><br>1) **CERTIFICATION OF A SETTLEMENT CLASS;**<br><br>2) **PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT WITH INGOMAR PACKING COMPANY AND GREG PRUETT;**<br><br>3) **PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT WITH LOS GATOS TOMATO PRODUCTS AND STUART WOOLF; AND**<br><br>4) **DIRECTING NOTICE TO CLASS**<br><br>Date:    October 25, 2013<br>Time:   10:00 a.m.<br>Place:   Courtroom 3<br>Judge:  Hon. Kimberly J. Mueller |

NOTICE OF MOTION AND MOTION FOR CERTIFICATION OF SETTLEMENT CLASS AND FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENTS - Case No. 08-cv-3017 KJM EFB

**NOTICE OF MOTION AND MOTION**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on October 25, 2013, at 10:00 a.m. or as soon thereafter as counsel can be heard, before the Honorable Kimberly J. Mueller, United States District Courthouse, 501 I Street, Courtroom 3, 17th floor, Sacramento, California, 95814, Plaintiffs Four in One Company, Inc., Diversified Foods & Seasonings, Inc., Bruce Foods Corporation, and Cliffstar Corporation will move this Court, pursuant to Rule 23 of the Federal Rules of Civil Procedure for entry of an Order:

(i) granting preliminary approval of settlement Plaintiffs have executed with defendants Ingomar Packing Company and Greg Pruett;

(ii) granting preliminary approval of settlement Plaintiffs have executed with defendants Los Gatos Tomato Products and Stuart Woolf;

(iii) certifying a settlement class;

(iv) appointing Hausfeld LLP and Quinn Emanuel Urquhart Oliver & Hedges, LLP as counsel for the Settlement Class;

(v) approving the manner and form of giving notice of the Settlement to class members as well as the plan of allocation; and

(vi) establishing a timetable for publishing class notice, lodging objections to the terms of the Settlements, if any, and holding a hearing regarding final approval of the Settlements.

The grounds for this motion are that: (a) the Settlements are in the range of possible final approval to justify issuing notice of the Settlements to class members and to schedule final approval proceedings; and (b) the form and manner of providing notice regarding the matters set forth above satisfy the requirements of FRCP 23 and due process.

This motion is based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities, the Declaration of Arthur N. Bailey, Jr., the Proposed Order, and the complete files and records in this action; and such other written or oral arguments that may be presented to

1

NOTICE OF MOTION AND MOTION FOR CERTIFICATION OF SETTLEMENT CLASS AND FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENTS - Case No. 08-cv-3017 KJM EFB

the Court.

DATED:  September 13, 2013            By:   /s/ Arthur N. Bailey, Jr.
                                      Michael P. Lehmann
                                      Arthur N. Bailey
                                      HAUSFELD LLP
                                      44 Montgomer Street, Suite 3400
                                      San Francisco, CA  94104
                                      Telephone:  (415)_ 633-1909
                                      Facsimile:  (415) 358-49800
                                      mlehmann@hausfeldllp.com
                                      abailey@hausfeldllp.com

                                      Michael D. Hausfeld
                                      HAUSFELD LLP
                                      1700 K. Street, N.W., Suite 650
                                      Washington, D.C.  20006
                                      Telephone:  (202) 540-7200
                                      Facsimile:  (202) 540-7201
                                      mhausfeld@hausfeldllp.com


                                      Stephen R. Neuwirth
                                      QUINN EMANUEL URQUHART OLIVER &
                                      HEDGES, LLP
                                      51 Madison Avenue, 22nd Floor
                                      New York, New York  10010
                                      Telephone:  (212) 849-7000
                                      Facsimile:  (212) 849-7100
                                      stephenneuwirth@quinnemanuel.com


                                      William Urquhart
                                      J.D. Horton
                                      QUINN EMANUEL URQUHART OLIVER &
                                      HEDGES, LLP
                                      865 S. Figueroa Street, 10th Floor
                                      Los Angeles, CA  90017
                                      Telephone:  (213) 443-3000
                                      Facsimile:  (213) 443-3100
                                      billurquhart@quinnemanuel.com
                                      jdhorton@quinnemanuel.com

Robert P. Feldman
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA  94065
Telephone:  (650) 801-5000
Facsimile:  (650) 801-5100
robertfeldman@quinnemanuel.com

*Interim Co-Lead Class Counsel*


Roger M. Schrimp
DAMRELL, NELSON, SCHRIMP, PALLIOS, PACHER & SILVA
1601 I Street, Fifth Floor
Modesto, CA  95354
Telephone:  (209) 526-3500
Facsimile:  (209) 526-3534
rschrimp@damrell.com

*Liaison Counsel for Plaintiffs and the Proposed Class*