ROGER M. SCHRIMP (SBN 39379)
**DAMRELL, NELSON, SCHRIMP,**
 **PALLIOS, PACHER & SILVE**
1601 I Street, Fifth Floor
Modesto, CA  95354
Telephone:  (209) 526-3500
Facsimile:   (209) 526-3534
rschrimp@damrell.com

*Liaison Counsel for Plaintiffs*
*and the Proposed Class*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| FOUR IN ONE COMPANY, INC., on behalf of itself and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SK FOODS, L.P., INGOMAR PACKING COMPANY, LOS GATOS TOMATO PRODUCTS, SCOTT SALYER, STUART WOOLF and GREG PRUETT, <br><br> Defendants. | Case No. 08-cv-3017 KJM EFB <br><br> **STIPULATION AND ORDER FOR STAY OF PROCEEDINGS AS TO CERTAIN DEFENDANTS** <br><br><br> Place:   Courtroom 3 <br> Judge:   Hon. Kimberly J. Mueller |

WHEREAS, these consolidated civil cases arise from alleged antitrust violations to fix the prices of processed tomato products; and

WHEREAS, at the May 30, 2013 Status Conference the parties informed the Court that plaintiffs and defendants Ingomar Packing Company ("Ingomar"), Los Gatos Tomato Products ("Los Gatos"), Gregory Pruett and Stuart Woolf had reached agreements in principle to settle;

WHEREAS, on June 20, 2013 the Court ordered the plaintiffs to file a stipulation to stay proceedings as to these defendants as soon as the settlement agreements were executed; and

WHEREAS, a settlement agreement between plaintiffs and defendants Ingomar and Gregory Pruett was executed on September 11, 2013; and

**STIPULATION AND ORDER** - 1 - CASE NO. 08-CV-3017

WHEREAS, a settlement agreement between plaintiffs and defendants Los Gatos and Stuart Woolf was executed on September 11, 2013;

NOW THEREFORE, the parties hereby stipulate, subject to this Court's approval, to stay the proceedings in the consolidated cases against defendants Ingomar, Los Gatos, Gregory Pruett and Stuart Woolf.

DATED:  9/17/2013

By:  /s/ Roger M. Schrimp (as authorized on 9/17/13)
Roger M. Schrimp
DAMRELL, NELSON, SCHRIMP, PALLIOS, PACHER & SILVA
1601 I Street, Fifth Floor
Modesto, CA  95354
Telephone:  (209) 526-3500
Facsimile:  (209) 526-3534
rschrimp@damrell.com

*Liaison Counsel for Plaintiffs and the Proposed Class*

DATED:  9/19/2013

By:  /s/ Arthur N. Bailey, Jr.
Michael P. Lehmann
Arthur N. Bailey, Jr.
HAUSFELD LLP
44 Montgomer Street, Suite 3400
San Francisco, CA  94104
Telephone:  (415)_ 633-1909
Facsimile:  (415) 358-49800
mlehmann@hausfeldllp.com
abailey@hausfeldllp.com

Michael D. Hausfeld
HAUSFELD LLP
1700 K. Street, N.W., Suite 650
Washington, D.C.  20006
Telephone:  (202) 540-7200
Facsimile:  (202) 540-7201
mhausfeld@hausfeldllp.com

**STIPULATION AND ORDER** - 2 - CASE NO. 08-CV-3017

| | | |
|---|---|---|
| 1 | DATED: 9/19/2013 | By: */s/ Stephen R. Neuwirth* (as authorized on 9/17/13) |
| | | Stephen R. Neuwirth |
| | | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
| | | 51 Madison Avenue, 22nd Floor |
| | | New York, New York  10010 |
| | | Telephone:  (212) 849-7000 |
| | | Facsimile:  (212) 849-7100 |
| | | stephenneuwirth@quinnemanuel.com |

William Urquhart
J.D. Horton
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA  90017
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100
billurquhart@quinnemanuel.com
jdhorton@quinnemanuel.com

Robert P. Feldman
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA  94065
Telephone:  (650) 801-5000
Facsimile:  (650) 801-5100
robertfeldman@quinnemanuel.com

*Co-Lead Interim Class Counsel*

DATED:  9/19/2013            By: */s/ Stephen Zovickian* (as authorized on 9/17/13)
Stephen Zovickian
BINGHAM MCCUTCHEN, LLP
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone:  (415) 393-2000
Facsimile:  (415) 393-2286
Stephen.zovickian@bingham.com

*Attorney for Defendant Ingomar Packing Company*

**STIPULATION AND ORDER**          - 3 -          CASE NO. 08-CV-3017

1  DATED: 9/19/2013         By:  */s/ George A. Nicoud III* (as authorized on 9/17/13)
                            George A. Nicoud III
2                           GIBSON DUNN & CRUTCHER, LLP
                            555 Mission Street, Suite 3000
3                           San Francisco, CA  94105-2933
                            Telephone:  (415) 393-8200
4                           Facsimile:  (415) 393-8306
                            tnicoud@gibsondunn.com
5
                            *Attorney for Defendant Los Gatos Tomato Products*
6

7
   DATED: 9/19/2013         By:  */s/ Miles Ehrlich* (as authorized on 9/17/13)
8                           Miles Ehrlich
                            RAMSEY & EHRLICH LLP
9                           803 Hearst Avenue
                            Berkeley, CA  94710
10                          Telephone:  (510) 548-3600
                            Facsimile:  (510) 291-3060
11                          miles@ramsey-ehrlich.coom

12                          *Attorney for Defendant Greg Pruett*

13

14  DATED: 9/19/2013        By:  */s/ William Farmer* (as authorized on 9/17/13)
                            William Farmer
15                          FARMER BROWNSTEIN JAEGER LLP
                            235 Pine Street, Suite 1300
16                          San Francisco, CA  94104
                            Telephone and Fax:  (415) 962-2877
17                          wfarmer@FarmerBrownstein.com

18                          *Attorney for Defendant Stuart Woolf*

**STIPULATION AND ORDER**     - 4 -        CASE NO. 08-CV-3017

**ORDER**

GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED:

The proceedings in the consolidated cases against defendants Ingomar Packing Company, Los Gatos Tomato Products, Gregory Pruett and Stuart Woolf are hereby STAYED.

IT IS SO ORDERED.

DATED: September 19, 2013.

_____
UNITED STATES DISTRICT JUDGE

**STIPULATION AND ORDER** - 5 - CASE NO. 08-CV-3017