UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOUR IN ONE COMPANY, INC, DIVERSIFIED FOODS & SEASONINGS, INC., BRUCE FOODS CORPORATION, and CLIFFSTAR CORPORATION, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SK FOODS, L.P., INGOMAR PACKING COMPANY, LOS GATOS TOMATO PRODUCTS, SCOTT SALYER, STUART WOOLF, and GREG PRUETT,<br><br>Defendants, | No. 2:08-cv-03017-KJM-EFB<br><br>ORDER |

The court held a status conference on October 2, 2014 to discuss the progress of distribution of the net settlement fund and other related matters. Arthur Bailey appeared for plaintiffs; Malcolm Segal appeared for Scott Salyer. Stephen Neuwirth, Stephen Zovickian, George Nicoud and Kevin Coleman appeared by telephone to monitor the proceedings.

The distribution of the net settlement fund is currently scheduled to occur on or before October 14, 2014. At the conference, the parties informed the court it may be necessary to postpone that date. The parties shall attempt to resolve outstanding problems identifying and

1

1 verifying settlement claims and inform the court no later than October 10, 2014 whether they are
2 requesting additional time to complete distribution of the net settlement fund.
3    The parties shall meet and confer to exhaust efforts to reach an agreement whereby
4 plaintiffs dismiss the action as to SK Foods, L.P. and Scott Salyer.
5    A further status conference is set for April 2, 2015.
6    IT IS SO ORDERED.
7 DATED: October 7, 2014.

_____
UNITED STATES DISTRICT JUDGE