UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOUR IN ONE COMPANY, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SK FOODS, L.P., INGOMAR PACKING COMPANY, LOS GATOS TOMATO PRODUCTS, SCOTT SALYER, STUART WOOLF and GREG PRUETT,<br><br>Defendants. | No.  08-cv-3017 KJM EFB<br><br>ORDER |

Pursuant to the stipulation at ECF No. 260, Class Counsel will hold the funds from the initial April 2015 bankruptcy distribution to the Class in an escrow account until such time as the future distributions by the Chapter 11 Trustee have been made or the Trustee provides notification that there will be no further distributions. At that time, Class Counsel will arrange for pro rata distribution of the funds to the Class members by the claims administrator under the plan

/////

/////

/////

/////

1

of allocation approved by this Court, subject to the fees and reimbursement of expenses awarded to Class Counsel by the bankruptcy court.

        IT IS SO ORDERED.

DATED: April 23, 2015.

                                    UNITED STATES DISTRICT JUDGE