UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOUR IN ONE COMPANY, INC., on behalf of itself and all others similarly situated,<br><br>           Plaintiffs,<br><br>   v.<br><br>SK FOODS, L.P., INGOMAR PACKINGCOMPANY, LOS GATOS TOMATOPRODUCTS, SCOTT SALYER, STUARTWOOLF and GREG PRUETT,<br><br>           Defendants. | No.  2:08-cv-3017 KJM EFB<br><br>ORDER |

        Pursuant to the stipulation at ECF No. 264, Class Counsel shall arrange for the immediate pro rata distribution of the Escrow Account Funds to the Class members by the claims administrator under the plan of allocation approved by this court.

        Additionally, the November 12, 2015 status conference shall be continued for six months until May 12, 2016 to address the status then of the potential distributions from the bankruptcy proceedings.

        IT IS SO ORDERED.

DATED: November 10, 2015.

                                             UNITED STATES DISTRICT JUDGE

1