1   ROGER M. SCHRIMP (SBN 39379)
    **DAMRELL, NELSON, SCHRIMP,**
2    **PALLIOS, PACHER & SILVE**
    1601 I Street, Fifth Floor
3   Modesto, CA  95354
    Telephone:  (209) 526-3500
4   Facsimile:    (209) 526-3534
    rschrimp@damrell.com
5
    *Liaison Counsel for Plaintiffs*
6   *and the Class*

7

8                    **UNITED STATES DISTRICT COURT**

9        **EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

10

11  FOUR IN ONE COMPANY, INC.,            Case No. 08-cv-3017 KJM EFB
    on behalf of itself and all others similarly
12  situated,
                                          **STIPULATION AND [PROPOSED]**
13                     Plaintiffs,        **ORDER TO CONTINUE STATUS**
                                          **CONFERENCE**
14            v.

15  SK FOODS, L.P., INGOMAR PACKING
    COMPANY, LOS GATOS TOMATO          Date:    May 12, 2016
16  PRODUCTS, SCOTT SALYER, STUART      Time:    3:30 p.m.
    WOOLF and GREG PRUETT,              Place:   Courtroom 3
17                                      Judge:   Hon. Kimberly J. Mueller
                       Defendants.
18

19          WHEREAS, on September 16, 2014, the United States Bankruptcy Court for the Eastern

20  District of California entered an order confirming the "Second Amended Joint Plan of Liquidation

21  of SK Foods, LP and its Substantively Consolidated Affiliates (July 16, 2014)" [Dkt. No. 4980]

22  (the "SK Foods Bankruptcy Plan") in the Chapter 11 bankruptcy action filed by Defendant SK

23  Foods, L.P. (Case No. 09-29162-D-11); and

24          WHEREAS, all funds from the Class settlements with Ingomar Packing Company, Los

25  Gatos Tomato Products, Stuart Wolf and Greg Pruett have been paid and distributed to the Class

26  and the only funds left to be distributed to the Class are those pursuant to the SK Foods

27  Bankruptcy Plan in the bankruptcy action; and

28

    **STIPULATION AND [PROPOSED] ORDER**      - 1 -          CASE NO. 08-CV-3017

WHEREAS, the SK Foods Bankruptcy Plan became effective in early 2015 and the Chapter 11 Trustee informed Class Counsel he anticipated making two or more distributions to creditors with the initial distribution to the Class to occur in April 2015, and additional distributions to the Class expected to occur in the near future pursuant to an application in the bankruptcy action for the release of additional funds being held by the Australian government; and

WHEREAS, Class Counsel received funds for the Class from the bankruptcy in the amount of $425,532.72, which by order of this Court were distributed pro rata to the Class members by the claims administrator under the approved plan of allocation; and

WHEREAS, on September 15, 2015, the Chapter 11 Trustee informed Class Counsel that the Attorney-General's Department of the Australian Government (the "AGD") has refused to release the requested additional funds finding such release inconsistent with the policy objectives of Australia's Proceeds of Crimes Act of 2002; and

WHEREAS, the Chapter 11 Trustee has decided not to challenge the AGD's decision under Australia's administrative procedures act; and

WHEREAS, in light of the failure of the bankruptcy application to secure release of the Australian funds, the Chapter 11 Trustee has asked the United States Department of Justice ("DOJ") to make a direct request to the Australian government for release of the funds; and

WHEREAS, Class Counsel does not yet know when or if the DOJ will agree to make such a request, or whether the Australian government in its discretion would choose to grant the request if made; and

WHEREAS, it is the opinion of Chapter 11 Trustee that if the DOJ were to make a direct request it would likely will take at least a year for the Australian government to decide whether to release all or a portion of the funds, based upon the Trustee's experience with the Australian Minister of Justice's decision-making process; and

WHEREAS, the Chapter 11 Trustee has informed Class Counsel that there may be monetary recovery obtained through adversary proceedings against the law firm of Kasowitz, Benson, Torres & Friedman LLP, and Donald J. Putterman in the Bankruptcy Court for the

1  Eastern District of California (Adversary Proceeding No. 14-02025-D), which could result in

2  funds being distributed to unsecured creditors, including the Class, but that any recovery is

3  uncertain at this point and unlikely to occur sooner than in twelve months as the litigation is in the

4  discovery phase with a pre-trial conference set for April 13, 2017; and

5        WHEREAS, the Chapter 11 Trustee anticipates making no future distribution to the Class

6  other than the potential distributions referenced above; and

7        WHEREAS, the Court has a status conference currently scheduled for May 12, 2016;

8        NOW THEREFORE, the parties hereby stipulate, subject to this Court's approval, that the

9  May 12, 2016 status conference be continued for one year until May 11, 2017, or any other date

10  convenient for the Court, to address status of the potential distributions from the bankruptcy

11  proceedings.

12

13  DATED:  May 9, 2016            By:   */s/ Arthur N. Bailey, Jr.*
                                          Michael P. Lehmann
14                                        Arthur N. Bailey, Jr.
                                          HAUSFELD LLP
15                                        600 Montgomer Street, Suite 3200
                                          San Francisco, CA  94111
16                                        Telephone:  (415) 633-1908
                                          Facsimile:  (415) 358-49800
17                                        mlehmann@hausfeldllp.com
                                          abailey@hausfeldllp.com

18

19  DATED:  May 9, 2016            By:   */s/ Steig Olson* (as authorized on 5/6/16)
                                          Stephen R. Neuwirth
20                                        Steig Olson
                                          QUINN EMANUEL URQUHART & SULLIVAN,
21                                        LLP
                                          51 Madison Avenue, 22nd Floor
22                                        New York, New York  10010
                                          Telephone:  (212) 849-7000
23                                        Facsimile:  (212) 849-7100
                                          stephenneuwirth@quinnemanuel.com
24                                        steigolson@quinnemanuel.com

25

26                                        *Class Counsel*

27

28

STIPULATION AND [PROPOSED] ORDER        - 3 -                    CASE NO. 08-CV-3017

DATED: May 9, 2016

By:  _/s/ Stephen Zovickian_ (as authorized on 5/6/16)
Stephen Zovickian
MORGAN, LEWIS & BOCKIUS LLP
One Market Street, Spear Tower
San Francisco, CA  94105-1596
Telephone:  (415) 442-1000
Facsimile:  (415) 442-1001
Stephen.zovickian@morganlewis.com

*Attorneys for Defendant Ingomar Packing Company*

DATED: May 9, 2016

By:  _/s/ George A. Nicoud III_ (as authorized on 5/6/16)
George A. Nicoud III
GIBSON DUNN & CRUTCHER, LLP
555 Mission Street, Suite 3000
San Francisco, CA  94105-2933
Telephone:  (415) 393-8200
Facsimile:  (415) 393-8306
tnicoud@gibsondunn.com

*Attorneys for Defendant Los Gatos Tomato Products*

DATED: May 9, 2016

By:  _/s/ Miles Ehrlich_ (as authorized on 5/6/16)
Miles Ehrlich
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA  94710
Telephone:  (510) 548-3600
Facsimile:  (510) 291-3060
miles@ramsey-ehrlich.coom

*Attorneys for Defendant Greg Pruett*

DATED: May 9, 2016

By:  _/s/ William Farmer_ (as authorized on 5/6/16)
William Farmer
FARMER BROWNSTEIN JAEGER LLP
235 Montgomery Street, Suite 835
San Francisco, CA  94104
Telephone:  (415) 962-2877
Facsimile: (415) 520-5678
wfarmer@fbj-law.com

*Attorneys for Defendant Stuart Woolf*

1

2
DATED:  May 9, 2016                    By:   /s/ Malcolm Segal (as authorized on 5/6/16)
                                       Malcolm Segal
3                                      SEGAL & ASSOCIATES LLP
                                       400 Capitol Mall, Suite 2550
                                       Sacramento, CA  95814
4                                      Telephone:  (916) 446-0886
                                       msegal@segal-pc.com
5
                                       Attorneys for Defendant Scott Salyer
6

7
DATED:  May 9, 2016                    By:   /s/ Kevin W. Coleman (as authorized on 5/9/16)
                                       Gregory C. Nuti
8                                      Kevin W. Coleman
                                       SCHNADER HARRISON SEGAL & LEWIS LLP
9                                      650 California Street, 19th Floor
                                       San Francisco, CA  94108-2736
10                                     Telephone:  (415) 364-6700
                                       Facsimile:  (415) 364-6785
11                                     gnuti@schnader.com
                                       kcoleman@schnader.com
12
                                       Attorneys for Bradley D. Sharp, Chapter 11 Trustee
13                                     for SK Foods, LP

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND [PROPOSED] ORDER**        - 5 -                      CASE NO. 08-CV-3017

1

## <u>ORDER</u>

2          As provided by the parties' stipulation (ECF No. 267) and good cause appearing,

3   the May 12, 2016 status conference shall be continued for one year until May 11, 2017 to address

4   the status then of the potential distributions from the bankruptcy proceedings.

5          IT IS SO ORDERED.

6   DATED:  May 10, 2016.

7

8   _____
    UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND [PROPOSED] ORDER**          - 6 -                         CASE NO. 08-CV-3017