# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| FOUR IN ONE COMPANY, INC., DIVERSIFIED FOODS & SEASONINGS, INC., BRUCE FOODS CORPORATION, and CLIFFSTAR CORPORATION, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SK FOODS, L.P., INGOMAR PACKING COMPANY, LOS GATOS TOMATO PRODUCTS, SCOTT SALYER, STUART WOOLF and GREG PRUETT,<br><br>Defendants. | CASE NO. 08-CV-3017 KJM EFB<br><br>**FINAL JUDGMENT ORDER AS TO INGOMAR PACKING COMPANY, GREGORY PRUETT, LOS GATOS TOMATO PRODUCTS AND STUART WOOLF** |

On January 2, 2014 the Court entered an Order granting Preliminary Approval of Class Action Settlement with Defendants Ingomar Packing Company and Greg Pruett (collectively "Ingomar") and for Preliminary Approval of Class Action Settlement with Los Gatos Tomato Products and Stuart Woolf (collectively "Los Gatos"). The Order specified the approved manner that the claims administrator was to provide Class Notice to the Settlement Class.

Within ten (10) days of the filing of the Preliminary Approval Motion, Defendants complied with the requirements of 28 U.S.C. §1715(b) by serving the appropriate documents and

other information on the appropriate state and Federal officials. Following the dissemination of Class Notice and Claim Form, Class Members were given an opportunity to comment or object to the Settlement Agreement and/or to Class Counsel's request for fees and expenses. The Fairness Hearing was more than 90 days after Defendants presented notice as required by 28 U.S.C. §1715(d) and scheduled on June 6, 2014 pursuant to the Preliminary Approval Order.

The Court reviewed and considered the terms of the Settlement Agreements and all submissions made in connection with them, including the Motion for Final Approval of Settlement (Dkt. No. 233) and the Motion for an Award of Attorneys' Fees and Reimbursement of Expenses (Dkt. No. 224), issued an order granting the motions (Dkt No. 239). Pursuant to Rule 54(b), the Court finds there is no just reason for delay, and therefore directs the entry of Final Judgment as to Defendants Ingomar and Los Gatos. No members of the Class timely submitted requests for exclusion from the Class, therefore Ingomar and Los Gatos are dismissed with prejudice as to all Class members.

IT IS HEREBY ORDERED THAT:

1. The Court dismisses on the merits and with prejudice the Consolidated Class Action Complaint as to Ingomar Packing Company, Greg Pruett, Los Gatos Tomato Products and Stuart Woolf.

2. If the Settlement Agreement becomes null and void pursuant to the terms of the Settlement Agreement, this Final Judgment shall be deemed vacated and shall have no force or effect whatsoever as to that Settlement Agreement.

3. Without affecting the finality of this Final Judgment in any way, the Court reserves continuing and exclusive jurisdiction over the parties, including all Class members, and the execution, consummation, administration, and enforcement of the terms of the Settlement Agreements.

/////

/////

/////

FINAL JUDGMENT ORDER - Case No. 08-cv-003017 KJM EFB 2

4. The Court finds there is no just reason for delay in the entry of final judgment as to Defendants Ingomar Packing Company, Greg Pruett, Los Gatos Tomato Products and Stuart Woolf, and therefore directs the Clerk to enter this Final Judgment forthwith.

Dated: August 7, 2017.

UNITED STATES DISTRICT JUDGE