Michael P. Lehmann
Arthur N. Bailey, Jr.
**HAUSFELD LLP**
600 Montgomer Street, Suite 3200
San Francisco, CA 94111
Telephone: (415) 633-1908
Facsimile: (415) 358-49800
mlehmann@hausfeldllp.com
abailey@hausfeldllp.com

*Class Counsel*

[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| FOUR IN ONE COMPANY, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SK FOODS, L.P., INGOMAR PACKING COMPANY, LOS GATOS TOMATO PRODUCTS, SCOTT SALYER, STUART WOOLF and GREG PRUETT,<br><br>Defendants. | Case No. 08-cv-3017 KJM EFB<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>Date: June 7, 2018<br>Time: 2:30 p.m.<br>Place: Courtroom 3<br>Judge: Hon. Kimberly J. Mueller |

WHEREAS, on September 16, 2014, the United States Bankruptcy Court for the Eastern District of California entered an order confirming the "Second Amended Joint Plan of Liquidation of SK Foods, LP and its Substantively Consolidated Affiliates (July 16, 2014)" [Dkt. No. 4980] (the "SK Foods Bankruptcy Plan") in the Chapter 11 bankruptcy action filed by Defendant SK Foods, L.P. (Case No. 09-29162-D-11); and

WHEREAS, all funds from the Class settlements with Ingomar Packing Company, Los Gatos Tomato Products, Stuart Woolf and Greg Pruett have been paid and distributed to the Class and Final Judgment has been entered as to these Defendants [Dkt No. 272]; and

**STIPULATION AND ORDER** - 1 - CASE NO. 08-CV-3017

| | |
|---|---|
| 1 | WHEREAS all funds previously recovered through the SK Foods bankruptcy action have been paid and distributed to the Class and the only potential source of further distributions to the Class are additional funds recovered pursuant to the SK Foods Bankruptcy Plan in the bankruptcy action; and |

WHEREAS all funds previously recovered through the SK Foods bankruptcy action have been paid and distributed to the Class and the only potential source of further distributions to the Class are additional funds recovered pursuant to the SK Foods Bankruptcy Plan in the bankruptcy action; and

WHEREAS, the Chapter 11 Trustee has informed Class Counsel that there may be monetary recovery obtained through adversary proceedings against the law firm of Kasowitz, Benson, Torres & Friedman LLP, and Donald J. Putterman in the Bankruptcy Court for the Eastern District of California (Adversary Proceeding No. 14-02025-D) ("Kasowitz Action"), resulting in funds being distributed to unsecured creditors, including the Class, and

WHEREAS, the Chapter 11 Trustee has informed Class Counsel that the parties in the Kasowitz Action held a mediation on September 25, 2017, but the case did not settle; and

WHEREAS, the Chapter 11 Trustee has informed Class Counsel the Kasowitz Action remains pending; no further settlement talks have occurred, and discovery in the Action is proceeding; and

WHEREAS, the trial setting conference in the Kasowitz Action has been continued to September 20, 2018 with the expectation that a trial date will be set at that time; and

WHEREAS, the Chapter 11 Trustee anticipates being able to recover funds and make future distribution to unsecured creditors, including the Class, resulting from the Kasowitz Action, either through settlement or judgment at trial; and

WHEREAS, this Court has a status conference currently scheduled for June 7, 2018;

NOW THEREFORE, the parties hereby stipulate, subject to this Court's approval, that the June 7, 2018 status conference be continued for nine month until March 7, 2019, or any other date convenient for the Court, to address status of the potential distributions from the bankruptcy proceedings resulting from the Kasowitz Action.

///

////

///

**STIPULATION AND ORDER**      - 2 -      CASE NO. 08-CV-3017

| | | |
|---|---|---|
| 1 | DATED: May 31, 2018 | By: /s/ Arthur N. Bailey, Jr. |
| 2 | | Michael P. Lehmann |
| | | Arthur N. Bailey, Jr. |
| 3 | | HAUSFELD LLP |
| | | 600 Montgomer Street, Suite 3200 |
| 4 | | San Francisco, CA 94111 |
| | | Telephone: (415) 633-1908 |
| 5 | | Facsimile: (415) 358-49800 |
| | | mlehmann@hausfeldllp.com |
| 6 | | abailey@hausfeldllp.com |

7  DATED: May 31, 2018        By: /s/ Steig Olson (as authorized on 5/31/18)
                              Stephen R. Neuwirth
8                             Steig Olson
                              QUINN EMANUEL URQUHART & SULLIVAN,
9                             LLP
                              51 Madison Avenue, 22nd Floor
10                            New York, New York 10010
                              Telephone: (212) 849-7000
11                            Facsimile: (212) 849-7100
                              stephenneuwirth@quinnemanuel.com
12                            steigolson@quinnemanuel.com

13                            *Class Counsel*

14

15 DATED: May 31, 2018        By: /s/ Malcolm Segal (as authorized on 5/31/18)
                              Malcolm Segal
16                            SEGAL & ASSOCIATES LLP
                              400 Capitol Mall, Suite 2550
17                            Sacramento, CA 95814
                              Telephone: (916) 446-0886
18                            msegal@segal-pc.com

19                            *Attorneys for Defendant Scott Salyer*

20 DATED: May 31, 2018        By: /s/ Kevin W. Coleman (as authorized on 5/31/18)
                              Gregory C. Nuti
21                            Kevin W. Coleman
                              NUTI HART LLP
22                            411 30th Street, Suite 408
                              Oakland, CA 94609
23                            Telephone: (510) 506-7152
                              gnuti@nutihart.com
24                            kcoleman@nutihart.com

25                            *Attorneys for Bradley D. Sharp, Chapter 11 Trustee
                              for SK Foods, LP*

26

27

28

**STIPULATION AND ORDER**      - 3 -      CASE NO. 08-CV-3017

# **ORDER**

GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED:

The June 7, 2018 status conference shall be continued for nine months until March 14, 2019 at 2:30 p.m., to address status of the potential distributions from the bankruptcy proceedings.

IT IS SO ORDERED.

DATED: June 4, 2018

_____
UNITED STATES DISTRICT JUDGE

**STIPULATION AND ORDER** - 4 - CASE NO. 08-CV-3017